# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FELDMAN FAMILY TRUST, ROBERT FELDMAN AS TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>MUTUAL OF ENUMCLAW INSURANCE COMPANY,<br><br>    Defendant.<br><br>MUTUAL OF ENUMCLAW INSURANCE COMPANY,<br><br>    Counterclaimant,<br><br>v.<br><br>FELDMAN FAMILY TRUST, ROBERT FELDMAN AS TRUSTEE,<br><br>    Counterdefendant. | Case No. 2:13-cv-01087-LDG (PAL)<br><br>**PARTIAL SUMMARY JUDGMENT** |

    This matter came before the Court on the Motion for Summary Judgment (#18) filed by plaintiff-counterdefendant Feldman Family Trust, Robert Feldman as Trustee, and the

Motion for Summary Judgment (#19) filed by Mutual of Enumclaw Insurance Company. The Court has granted each motion in part and denied each motion in part as follows:

THE COURT **ORDERS** that Mutual of Enumclaw is entitled to receive $304,246 of the Final Escrow Amount under the terms of the Stock Purchase Agreement, and is entitled to an order instructing Robert Feldman, as Trustee of the Feldman Family Trust, to authorize U.S. Bank to release the amount of $304,246 into Mutual of Enumclaw's possession.

THE COURT FURTHER **ORDERS** that Mutual of Enumclaw is entitled to attorney's fees and costs, which amount has not yet been determined, but which amount Mutual of Enumclam is entitled to receive from the funds remaining in the Final Escrow Account.

THE COURT FURTHER **ORDERS** that the Feldman Family Trust, Robert Feldman as Trustee, is entitled to whatever amount remains in the Final Escrow Account that is in excess of Mutual of Enumclaw's attorney's fees and costs.

DATED this 30 day of March, 2015.

Lloyd D. George
United States District Judge