UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FELDMAN FAMILY TRUST, et al.<br><br>　　　　　　Plaintiff,<br>v.<br>MUTUAL OF ENUMCLAW INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No.2:13-cv-01087-LDG-PAL<br><br>ORDER |

The last Discovery Plan and Scheduling Order (Dkt. #11) filed September 23, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than April 3, 2014, or thirty days after ruling on dispositive motions.  Both sides filed Motions for Summary Judgment (Dkt. #18, 19) March 3, 2014, which the District Judge granted in part and denied in part in Orders (Dkt. #27 & 28) entered March 30, 2015.  The District Judge found the Mutual of Enumclaw was entitled to attorneys' fees and costs, and the Feldman Trust was entitled to the balance of the escrow account at issue in this case once the amount of attorneys' fees and costs have been decided.  A Motion for attorneys' Fees and Costs (Dkt # 30) has now been filed but is not yet fully briefed.

It is unclear whether the parties claim any issue remains to be tried now that the District Judge has decided the parties' cross motions for summary judgment.  If so, the parties were required to file a joint pretrial order within 30 days after a decision of the summary judgment motions.  Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., May**

**19, 2015** in the event either side believes any issue remains to be tried once the District Judge decides the Motion for Attorneys' Fees and Costs.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

3. If the parties agree no issue remains to be tried counsel shall have until **May 19, 2015** to file a joint status report so stating.

DATED this 5th day of May, 2015.

                                                                       _____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE