GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
Attorneys for Plaintiff/Counter-defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FELDMAN FAMILY TRUST, ROBERT FELDMAN AS TRUSTEE, a Nevada Trust,<br><br>Plaintiff,<br><br>vs.<br><br>MUTUAL OF ENUMCLAW INSURANCE COMPANY, a Washington corporation.<br><br>Defendant. | CASE NO. 13-cv-01087 LDG PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| MUTUAL OF ENUMCLAW INSURANCE COMPANY, a Washington corporation,<br><br>Counter-claimant,<br><br>vs.<br><br>FELDMAN FAMILY TRUST, ROBERT FELDMAN AS TRUSTEE, a Nevada Trust,<br><br>Counter-defendant. | |

Plaintiff/Counter-defendant Feldman Family Trust, Robert Feldman as Trustee ("Feldman Trust"), by and through its counsel, the law firm of Garman Turner Gordon, and Defendant/Counter-claimant Mutual of Enumclaw Insurance Company ("Mutual"), by and through its counsel, the law firm of McDonald Carano Wilson, LLP, hereby stipulate as follows:

Based upon the confirmed distribution of the escrow proceeds at issue in this case pursuant to a Joint Authorization agreed to by the parties, Feldman Trust and Mutual hereby stipulate to dismiss the above-captioned action with prejudice as to each party's claims and counterclaims against the other, with each party to bear its own attorney's fees and costs.

The parties further stipulate that all pending motions in this action may be vacated as moot.

Dated this 30th day of November, 2015.                     Dated this 30th day of November, 2015.

MCDONALD CARANO WILSON, LLP                     GARMAN TURNER GORDON LLP


 /s/  Craig A. Newby                                                  /s/  Eric R. Olsen
CRAIG A. NEWBY                                                      ERIC R. OLSEN
Nevada Bar No. 8591                                                 Nevada Bar No. 3127
ADAM HOSMER-HENNER                                        650 White Drive, Suite 100
Nevada Bar No. 12779                                              Las Vegas, Nevada 89119
2300 W. Sahara Avenue, Suite 1200                         Tel:  (725) 777-3000
Las Vegas, NV 89102                                               Attorneys for Plaintiff
Attorney for Defendant/Counterclaimant
Mutual of Enumclaw Insurance Company


IT IS HEREBY ORDERED this __1__ day of  December            , 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
 LLOYD D. GEORGE